UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MARKS, et al., | No. 2:15-cv-1144 KJM AC |
| Plaintiffs, | |
| v. | ORDER |
| PRIMERITUS FINANCIAL SERVICES, INC., | |
| Defendant. | |

The parties have submitted a stipulation and proposed protective order.  ECF No. 13.  The matter has accordingly been referred to the magistrate judge by E.D. Cal. ("Local Rule") 301(c)(1).

The stipulation makes no specific reference to Local Rules 140, 141 and 141.1, governing privacy, the sealing of documents and protective orders.  However, it is the court's understanding that the stipulation's references to "the Local Rules of this Court" indicate that the parties know

////

////

////

////

////

1

1  these specific rules and have incorporated them into their stipulation.

2      With this understanding, the stipulation (ECF No. 13) is SO ORDERED.

3  DATED: June 2, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE