Peter J. Van Zandt (SBN 152321)
peter.vanzandt@leclairryan.com
Talia L. Delanoy (SBN 239973)
Talia.delanoy@leclairryan.com
LeClairRyan, LLP
44 Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendant
PRIMERITUS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MARKS & CRYSTAL NEWHALL, husband and wife, <br><br>     Plaintiffs, <br><br> v. <br><br> PRIMERITUS FINANCIAL SERVICES, INC., a Delaware corporation, <br><br>     Defendant. | Case No. 2:15-cv-01144-KJM-AC <br><br> **SECOND STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES; PROPOSED ORDER** |

**STIPULATION**

Plaintiffs JORDAN MARKS & CRYSTAL NEWHALL, and Defendant PRIMERITUS FINANCIAL SERVICES, INC., hereby stipulate that the Court's Status (Pre-trial Scheduling) Order filed October 23, 2015, a copy of which is attached hereto as Exhibit "A", be modified as follows:

1. Discovery cutoff :              Extend from 7/31/16 to:  9/16/16
2. Dispositive motion hearing:     8/12/16 (unchanged)
3. Pretrial conference:            10/16/16 (unchanged)
4. Jury trial:                     12/12/16 (unchanged)

There is good cause for the proposed modification of the Status (Pre-trial Scheduling) Order. The parties are in the process of meeting and conferring regarding deposition notices for defendant's witnesses. The parties will not have sufficient time to agree on modifications to the deposition notices and complete the depositions prior to the present discovery cutoff of July 31, 2016. Further, counsel for defendant has depositions out of state which are interfering with setting depositions in June and the parties are working together to depose witnesses who are no longer employed by defendant.

Though the parties previously agreed to extend the discovery cutoff, doing so again will not disrupt the current timeline of the case, considering the trial date is not until December 2016.

For the foregoing reasons, and good cause appearing, the parties request that the Court modify the Status (Pre-trial Scheduling) Order as set forth herein.

**IT IS SO STIPULATED.**

DATED: June 10, 2016          DELTA LAW GROUP

                              BY:     */s/ Jim G. Price*
                                      JIM G. PRICE
                              Attorneys for Plaintiffs
                              JORDAN MARKS & CRYSTAL NEWHALL

1  DATED: June 10, 2016                    LECLAIRRYAN, LLP

2                                          BY:       /s/ Talia Delanoy
                                                  TALIA DELANOY*
3                                          Attorneys for Defendant
                                           PRIMERITUS FINANCIAL SERVICES, INC.
4

5                                        **ORDER**

6       PURSUANT TO STIPULATION, IT IS SO ORDERED.

7   DATED:  June 13, 2016

8
                                           _____
9                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18  *I, Talia L. Delanoy, am the ECF user whose identification and password are being used to file
    this Stipulation for Extension of Discovery Deadlines; Proposed Order.  I hereby attest that Jim
19  Price has concurred in this filing.
    */s/ Talia L. Delanoy*

20

21

22

23

24

25