UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MARKS and CRYSTAL NEWHALL,<br><br>        Plaintiffs,<br><br>   v.<br><br>PRIMERITUS FINANCIAL SERVICES, INC.,<br><br>        Defendant. | No.  2:15-cv-01144-KJM-AC<br><br>ORDER |

The court is in receipt of the parties' stipulation regarding the defendants' financial condition, ECF No. 17. The court defers consideration of this stipulation and request to the final pretrial conference set for October 27, 2016. *See* Status (Pretrial Scheduling) Order, ECF No. 9.

IT IS SO ORDERED.

DATED: August 16, 2016

_____
UNITED STATES DISTRICT JUDGE

1