DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
Jim G. Price, Esq., SBN 119324
6569 Brentwood Boulevard
P.O. Box 1417
Brentwood, CA  94513
Telephone:  925-516-4686
Facsimile:  925-516-4058
Email:  deltalawgroup@yahoo.com

Attorneys for Plaintiffs
JORDAN MARKS & CRYSTAL NEWHALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORDAN MARKS & CRYSTAL NEWHALL, husband and wife, | ) ) ) | Case No. 2:15-cv-01144-KJM-AC |
| Plaintiffs, | ) ) ) | **NOTICE OF SETTLEMENT** |
| v. | ) ) | |
| PRIMERITUS FINANCIAL SERVICES, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action.  The Plaintiffs will file a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

/ / /

/ / /

/ / /

/ / /

NOTICE OF SETTLEMENT                                                                                          Page 1

| | |
|---|---|
| DATED: October 5, 2016 | DELTA LAW GROUP |

                                                  /s/ Jim G. Price

BY:_____
       JIM G. PRICE
       Attorney for Plaintiffs
       JORDAN MARKS & CRYSTAL
       NEWHALL