DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058
EMAIL:  deltalawgroup@yahoo.com

Attorneys for Plaintiffs
JORDAN MARKS & CRYSTAL NEWHALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN MARKS & CRYSTAL NEWHALL, husband and wife,<br><br>            Plaintiffs,<br><br>v.<br><br>PRIMERITUS FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 2:15-cv-01144-KJM-AC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; PROPOSED ORDER** |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to dismiss the entire action with prejudice.

///

///

///

///

STIPULATED DISMISSAL WITH PREJUDICE; PROPOSED ORDER                    1

```
1  DATED:  October 27, 2016          DELTA LAW GROUP
2                                            /s/ Jim G. Price
                                      BY:_____
3                                            JIM G. PRICE*
                                             Attorneys for Plaintiffs
4                                            JORDAN MARKS & CRYSTAL
                                             NEWHALL
5
6
   DATED: October 27, 2016           LECLAIRRYAN, LLP
7
8                                            /s/ Talia L. Delanoy
9                                     BY:_____
                                             TALIA L. DELANOY
10                                           Attorney for Defendant
                                             PRIMERITUS FINANCIAL
11                                           SERVICES, INC.
12
13
14 *I, Jim G. Price, am the ECF user whose identification and
   password are being used to file this Stipulated Dismissal with
15 Prejudice.  I hereby attest that Talia L. Delanoy has concurred
   in this filing.
16 /s/ Jim G. Price
17
18
19
20
21
22
23
24
25
```